[No. 15950-3-II.     Division Two.     April 24, 1995.]

*In the Matter of the Marriage of* ARNOLD R. WILLIAMS, *Respondent, and* ARLENE D. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-3-01660-6, Waldo F. Stone, J., entered March

26, 1992. *Affirmed* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Seinfeld, C.J., and Morgan, J.